# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Erik Schleehauf**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:20-cv-00515-RJC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| PCL Construction**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 29, 2021 Order.

September 29, 2021

*Frank G. John*

Frank G. Johns, Clerk
United States District Court